# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID LIBRACE                                                                                          PLAINTIFF(S)

VS.                                Case No.  4:14CV00269  SWW

EQUIFAX INFORMATION SERVICES, LLC, ET AL                           DEFENDANT(S)

## ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of

Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 18th day of August 2014.

>AT THE DIRECTION OF THE COURT
>JAMES W. McCORMACK, CLERK
>
>BY:  /s/ Cecilia Norwood
>       Courtroom Deputy to
>       U.S. District Judge Susan Webber Wright